1  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
2  MARY KATE KAMKA (State Bar No. 282911)
   mkk@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6

7  Attorneys for Defendant
   ALLY FINANCIAL, INC.
8

9                  UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12 | Victoria Biggs,                                    | Case No. 5:16-cv-01507-EJD
13 |         Plaintiff,                                 | **STIPULATION AND [PROPOSED]**
                                                        | **ORDER TO DISMISS ALLY FINANCIAL**
14 |     vs.                                            | **INC.**
15 | Experian Information Solutions, Inc.; Equifax,     |
   | Inc.; TransUnion, LLC, Bank of America,            |
16 | N.A., Credit One Bank, N.A., Tidewater             |
   | Financial Corp., Ally Financial, Inc.; Harley-    |
17 | Davidson Credit Corp. ,                            |
18 |         Defendants.                                |

---

07462.0521/7481339.1                                              5:16-cv-01507-EJD
STIPULATION AND [PROPOSED] ORDER TO DISMISS ALLY FINANCIAL INC.

Pursuant to the terms of the parties' contract, Plaintiff VICTORIA BIGGS ("Plaintiff"), and Defendant ALLY FINANCIAL INC. ("Ally," collectively Ally and Plaintiff are referred to as the "Parties"), hereby stipulate and agree as follows:

1. The Parties will submit this matter to binding non-judicial arbitration;

2. That Ally be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and that each party shall bear its own attorneys' fees and costs as to this federal court action.

IT IS SO STIPULATED.

DATED: July 1, 2016         SAGARIA LAW
                            A Professional Corporation

                            By:   */s/ Elliot W. Gale*
                                        Elliot W. Gale

                            Attorneys for Plaintiff VICTORIA BIGGS


DATED: July 1, 2016         SEVERSON & WERSON
                            A Professional Corporation


                            By:   */s/ Mary Kate Kamka*
                                        Mary Kate Kamka

                            Attorneys for Defendant ALLY FINANCIAL, INC.

I, Mary Kate Kamka, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Elliot Gale has concurred in this filing.

*/s/ Mary Kate Kamka*

1  Pursuant Rule 41(a)(2) of the Federal Rules of Civil Procedure, and based on the
2  stipulation submitted by Plaintiff and Ally, this action is hereby DISMISSED WITH PREJUDICE
3  in favor of arbitration as to Defendant Ally, and each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

DATED:  7/5/2016

_____
Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE