UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA BIGGS,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 5:16-cv-01507-EJD<br><br>**ORDER TO SHOW CAUSE RE: ENTRY OF DEFAULT** |

On August 15, 2016, the court issued an order requiring Plaintiff to request the Clerk enter the default of Defendant Credit One Bank, National Association, on or before August 26, 2016. Dkt. No. 55. The deadline to take such action has expired and Plaintiff has not complied.

Accordingly, the court hereby issues an order to show cause why all claims against Defendant Credit One Bank, National Association, should not be dismissed for failure to prosecute. If Plaintiff does not, by **September 6, 2016**, either (1) file a request for the Clerk to enter default against Defendant Credit One Bank, National Association, or (2) demonstrate good cause in writing why the claims should not be dismissed, the court will dismiss them with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: August 31, 2016

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:16-cv-01507-EJD
ORDER TO SHOW CAUSE RE: ENTRY OF DEFAULT