UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VICTORIA BIGGS,

    Plaintiff,

  v.

BANK OF AMERICA, N.A., et al.,

    Defendants.

Case No. 5:16-cv-01507-EJD

**ORDER TO SHOW CAUSE**

On November 10, 2016, the court issued an order requiring Plaintiff to dismiss or otherwise resolve her claims against Defendants Bank of America, N.A. and Tidewater Finance Company on or before December 16, 2016.  Dkt. No. 88.  The deadline to take such action has expired and Plaintiff has not complied.

Accordingly, Plaintiff and counsel for Plaintiff are ordered to appear before the Honorable Edward J. Davila on **January 19, 2017, at 11:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including monetary sanctions or dismissal of this action, on Plaintiff and her counsel, or any of them, for willful disobedience of a court order.

Plaintiff and counsel for Plaintiff may file a response to this order demonstrating good cause why sanctions should not be imposed on or before **January 12, 2017.**

**IT IS SO ORDERED.**

Dated: January 5, 2017

                                        EDWARD J. DAVILA
                                        United States District Judge